IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JOSEPH WILLIAMS,<br>　　　　Defendant. | Case No. 12-cr-00060-MMC-12<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR RETURN OF PROPERTY; VACATING HEARING**<br><br>Re: Dkt. No. 515 |

Before the Court is defendant Joseph Williams' "Motion for Return of Property," filed June 14, 2017. The United States has filed a statement of non-opposition. Having read and considered the papers filed in support of and in response to the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for June 28, 2017, and hereby GRANTS the motion, as follows.

Good cause appearing, it is hereby ORDERED that the United States return to Joseph Williams the sum of $40,000, the amount of cash seized from defendant on February 7, 2012, along with any interest that has accrued in the interim. Counsel for the United States is hereby DIRECTED to confer with counsel for Joseph Williams, no later than July 3, 2017, to arrange for the return of said property.

**IT IS SO ORDERED.**

Dated: June 26, 2017

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge